**STATE of Missouri, Respondent,**

v.

**Charles HIGGENBOTHAM, Appellant.**

**No. 74792.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1999.

Irene C. Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant, Charles Higgenbotham, appeals from a judgment of conviction, after a jury trial, of committing violence against an offender housed in a department correctional center. Section 217.385 RSMo Cum.Supp.1997. He was sentenced as a prior offender to a term of fifteen years imprisonment to be served consecutively to a sentence imposed for a previous conviction.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).